UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :        S1 25cr335-2 (DLC)
              -v-                         :
                                          :        ORDER
MICHAEL BERRIOS,                          :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     The Court having been informed that the defendant wishes to

enter a change of plea, it is hereby

     ORDERED that a change of plea hearing is scheduled for

**January 7, 2026 at 3:30 PM** in Courtroom 18B, 500 Pearl Street,

New York, NY 10007.

Dated:    New York, New York
          January 5, 2026

                        _____
                                 DENISE COTE
                        United States District Judge