UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL BERRIOS

**Consent**
**Order of Restitution**

S1 25 Cr. 335 (DLC)

Upon the application of the United States of America, by its attorney, Jay Clayton,

United States Attorney for the Southern District of New York, Joe Zabel, Assistant United States

Attorney, of counsel; the presentence report; the Defendant's conviction on Count Two of the

Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

MICHAEL BERRIOS, the Defendant, shall pay restitution in the total amount of $25

dollars, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victim of the offense charged in Count

Two.  Upon advice by the United States Attorney's Office of a change of address of a victim, the

Clerk of the Court is authorized to send payments to the new address without further order of this

Court.

2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial

resources and other assets of the defendant, including whether any of these assets are jointly

controlled; projected earnings and other income of the defendant; and any financial obligations of

the defendant; including obligations to dependents, the defendant shall pay restitution in the

manner and according to the schedule that follows

While serving the term of imprisonment, the Defendant shall make installment payments

toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate

2025.02.20

Financial Responsibility Plan (IFRP). Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the Defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid in installments of not less than an amount equal to a percent of the Defendant's gross income on the 1st of each month to be determined by the Court. If the Defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

2025.02.20                                                     2

material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

*[signature]*

*January 7, 2026*

2025.02.20                                                                 3

AGREED AND CONSENTED TO:

Jay Clayton
United States Attorney for the
Southern District of New York


By: _____          1-7-26
Joe Zabel                               DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 – 1559

MICHAEL BERRIOS

By: _____          1-7-26
MICHAEL BERRIOS                         DATE


By: _____          1·7-26
Marc Greenwald, Esq.                    DATE
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016
marcgreenwald@quinnemanuel.com


SO ORDERED:


_____              _____
HONORABLE DENISE L. COTE                DATE
UNITED STATES DISTRICT JUDGE