```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :        S1 25cr335-2 (DLC)
           -v-                          :
                                        :             ORDER
MICHAEL BERRIOS,                        :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Joe Zabel;

It is found that on January 7, 2026, this Court entered a Consent Order of Restitution against defendant Michael Berrios in the amount of $25.00, and that restitution in that amount was further imposed in the Judgment entered on April 10, 2026;

It is further found that, following consultation with the Government, the victims of the instant offense have declined to seek restitution; and it is therefore:

ORDERED that the Order of Restitution entered against defendant Michael Berrios, as reflected in the Consent Order of Restitution dated January 7, 2026, is hereby vacated and the restitution obligation of $25.00 imposed against defendant

2

Michael Berrios is hereby discharged.

Dated:     New York, New York
           April 30, 2026

                                  _____
                                       DENISE COTE
                                  United States District Judge

2